The City of New York v. Uvalde Asphalt Paving Company and Others. — Motion denied, with ten dollars costs.    Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Annie Davis v. Cecil H. McMahon, as Executor, etc., and Others. — Motion granted.    Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Marcella Weil v. People's Surety Company. — See memorandum per curiam.    Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Ricardo Narganes. — Motion denied, with ten dollars costs.    Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Dorothea R. Turpin, as Administratrix, etc., v. William A. Turpin Company and Others. — Motion granted on condition stated in order.    Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Abram Frumberg, an Attorney. — Referred to official referee.    Order to be settled on notice.    Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Isaac B. Reinhardt, an Attorney. — Referred to official referee.    Order to be settled on notice.    Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Holmes Jones, an Attorney. — Application of respond-. ent for an adjournment or for transfer of proceeding to another department denied, the respondent to be allowed two weeks from April twenty-fourth to file such brief or memorandum as he desires.    Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Sidney M. Teeter v. Anna K. Daniel.    (2 cases.) — The stay in this case can be continued until the entry of the order determining the appeal from the order of the Special Term denying the motion to send the issues of this case to trial before a jury, upon condition that the appeal from such order be argued or submitted on May first.    The appellant can also have in this court the original papers upon which the other orders were granted, and submit the appeal from those orders on the same day without printing the papers on appeal.    No costs of this application.    Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Locust Farms Company, Appellant, v. Mary E. St. John, Respondent. — Judgment affirmed, with costs.    No opinion.    Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ. ·

George W. Tubbs and Others, Appellants, v. Frederick Hulse and Others, as Trustees of Emory F. Dodson under a Trust Agreement, Respondents. — Judgment affirmed, with costs.    No opinion.    Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Stollwerck Brothers, Inc., Appellant, v. Hazlitt A. Cuppy, Respondent. — Judgment and order affirmed, with costs.    No opinion.    Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ,